# AFFIDAVIT OF SERVICE

| Case:<br>1:18-cv-10016-ALC | Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>2781114 (Sanders v MakeSpace) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Brandon Sanders | | **Defendant / Respondent:**<br>MakeSpace Labs, Inc. | |
| **Received by:**<br>Rush Legal Delivery LLC. | | **For:**<br>LAW OFFICE OF ADAM G. SINGER PLLC | |
| **To be served upon:**<br>MakeSpace Labs, Inc.: 123 William Street 22nd Floor, New York, NY 10038 | | | |

I, Albert Osei, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Quashia "Doe", MakeSpace Labs, Inc.: 123 William Street 22nd Floor, New York, NY 10038 |
| Manner of Service: | Corporation, Nov 2, 2018, 12:38 pm EDT with Additional mailing of documents to subject performed on 11/02/18 via USPS. |
| Documents: | Complaint, Civil Cover Sheet, Endorsed Summons, Judge Carter Jr.'s Individual Practices 2016, Local rules - 2018-10-29 |

**Additional Comments:**
1) Successful Attempt: Nov 2, 2018, 12:38 pm EDT at MakeSpace Labs, Inc.: 123 William Street 22nd Floor, New York, NY 10038 received by Quashia "Doe". Age: 42-50; Ethnicity: African American; Gender: Female; Weight: 190-220; Height: 5'7"; Hair: Black; Eyes: Other; Relationship: Front Desk Security;
Security denied access to MakeSpace Labs Office and said they do not allow process servers in there. Service was performed on security to forward to subject.
Additional mailing to subject performed on 11/02/18 via USPS.

_____  _____11/5/18_____
Albert Osei                Date

Rush Legal Delivery LLC.
1544 Boone Ave 5K
Bronx, NY 10460
6262333401

*Subscribed and sworn to before me by the affiant who is personally known to me.*

SHANELL LEWIS
Notary Public

11/5/18        April 30, 2022
Date           Commission Expires

SHANELL R LEWIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LE6374419
Qualified in Bronx County
Commission Expires April 30, 2022