UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

BRANDON SANDERS,

                Plaintiff,                  **NOTICE OF APPEARANCE**

                                                        1:18-CV-10016-ALC

      -against-

MAKESPACE LABS, INC.,

                Defendant.
---------------------------------------------------------------- X

        PLEASE TAKE NOTICE that, on behalf of defendant MAKESPACE LABS, INC., ("MAKESPACE"), the undersigned attorney will appear as counsel of record.

        PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned and all electronic notifications will be sent to rembry@lcbf.com.

Dated:  New York, New York
           November 16, 2018

                                        Respectfully submitted,

                                        LANDMAN CORSI BALLAINE & FORD P.C.

                              By:  _____
                                        Rebecca W. Embry
                                        Attorneys for Defendant, MAKESPACE
                                        120 Broadway 27th Floor
                                        New York, New York 10271
                                        (212) 238-4800

TO:       Adam G. Singer, Esq.
            Attorneys for Plaintiff,
            BRANDON SANDERS
            One Grand Central Place
            60 E. 42nd Street, Suite 4600
            New York, N.Y. 10165
            (212) 842-2428

4830-8726-2080v.1