UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

BRANDON SANDERS,

**STIPULATION**

        Plaintiff,

   -against-

Index No. 1:18-cv-10016-ALC

MAKESPACE LABS, INC,

        Defendant.
-------------------------------------------------------------- X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

attorneys that the time for defendant MakeSpace Labs, Inc. to answer or otherwise respond to

Plaintiff's Verified Complaint in the above-captioned action is extended through and including

December 20, 2018.

      **IT IS FURTHER STIPULATED AND AGREED** that for purposed of this Stipulation,

a facsimile copy or an emailed PDF copy shall be deemed to have the same force and effect as an

original. This Stipulation may be filed with the Court without further notice.

Dated:  New York, New York
       November 15, 2018

LAW OFFICE OF ADAM G. SINGER, PLLC

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____

By: _____

   Adam G. Singer, Esq.
   Attorneys for Plaintiff,
   BRANDON SANDERS
   One Grand Central Place
   60 E. 42nd Street, Suite 4600
   New York, N.Y. 10165
   (212) 842-2428

   Rebecca W. Embry
   Attorneys for Defendant,
   MAKESPACE LABS, INC.
   120 Broadway 27th Floor
   New York, New York 10271
   (212) 238-4800

**SO ORDERED**

_____
   U.S.D.J.

4836-2731-0459v.1