UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

BRANDON SANDERS,

               Plaintiff,

     -against-

MAKESPACE LABS, INC.,

               Defendant.

-------------------------------------------------------------- X

**STIPULATION**

Index No. 1:18-cv-10016-ALC

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys that the time for defendant MakeSpace Labs, Inc. to answer or otherwise respond to Plaintiff's Verified Complaint in the above-captioned action is extended through and including December 20, 2018.

    **IT IS FURTHER STIPULATED AND AGREED** that for purposed of this Stipulation, a facsimile copy or an emailed PDF copy shall be deemed to have the same force and effect as an original. This Stipulation may be filed with the Court without further notice.

Dated:  New York, New York
       November 15, 2018

LAW OFFICE OF ADAM G. SINGER, PLLC

By: _____
    Adam G. Singer, Esq.
    Attorneys for Plaintiff,
    BRANDON SANDERS
    One Grand Central Place
    60 E. 42nd Street, Suite 4600
    New York, N.Y. 10165
    (212) 842-2428

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
    Rebecca W. Embry
    Attorneys for Defendant,
    MAKESPACE LABS, INC.
    120 Broadway 27th Floor
    New York, New York 10271
    (212) 238-4800

SO ORDERED

_____
      U.S.D.J.
  Nov. 19, 2018

4836-2731-0459v.1