UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>MAKESPACE LABS, INC.,<br><br>    Defendant. | Case No. 1:18-cv-10016<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of JAMES A. FRANCIS for admission to appear *Pro Hac Vice* in the above-captioned action is GRANTED. Applicant has declared that he is a member in good standing of the bars of the states of Pennsylvania and New Jersey; and that his contact information is as follows:

>James A. Francis
>FRANCIS & MAILMAN, P.C.
>1600 Market Street, 25th Floor
>Philadelphia, PA 19103
>Tel: (215) 735-8600
>Fax: (215) 940-8000
>*jfrancis@consumerlawfirm.com*

**IT IS HEREBY ORDERED** that JAMES A. FRANCIS is admitted to practice *Pro Hac Vice* for Plaintiff Brandon Sanders in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 27, 2018

                    _____
                    United States District Judge