UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON SANDERS,

        Plaintiff,

v.

MAKESPACE LABS, INC.,

        Defendant.

Case No. 1:18-cv-10016

# NOTICE OF APPEARANCE

Please enter the appearance of James A. Francis and the law firm of Francis & Mailman, P.C. as counsel for Brandon Sanders.

Dated: November 27, 2018

Respectfully submitted,

By:   */s/ James A. Francis*
     James A. Francis (*Pro Hac Vice*)
     FRANCIS & MAILMAN, P.C.
     1600 Market Street, 25th Floor
     Philadelphia, PA 19103
     Tel: (215) 735-8600
     Fax: (215) 940-8000
     *jfrancis@consumerlawfirm.com*

# CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that the foregoing **NOTICE OF APPEARANCE** was filed via the Court's Electronic Case Filing System which electronically notified all counsel of record.


DATE: November 27, 2018      /s/ James A. Francis
James A. Francis (*Pro Hac Vice*)
FRANCIS & MAILMAN, P.C.
1600 Market Street, 25th Floor
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@*consumerlawfirm.com*