UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON SANDERS,<br><br>        Plaintiff,<br><br>v.<br><br>MAKESPACE LABS, INC.,<br><br>        Defendant. | Case No. 1:18-cv-10016 |

## NOTICE OF APPEARANCE

Please enter the appearance of Lauren KW Brennan and the law firm of Francis & Mailman, P.C. as counsel for Brandon Sanders.

Dated: November 27, 2018          Respectfully submitted,

                               By:    */s/ Lauren KW Brennan*
                                          Lauren KW Brennan (*Pro Hac Vice*)
                                          FRANCIS & MAILMAN, P.C.
                                          1600 Market Street, 25th Floor
                                          Philadelphia, PA 19103
                                          Tel: (215) 735-8600
                                          Fax: (215) 940-8000
                                          lbrennan@consumerlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that the foregoing **NOTICE OF APPEARANCE** was filed via the Court's Electronic Case Filing System which electronically notified all counsel of record.


DATE:  November 27, 2018            /s/ Lauren KW Brennan
Lauren KW Brennan (*Pro Hac Vice*)
FRANCIS & MAILMAN, P.C.
1600 Market Street, 25th Floor
Philadelphia, PA 19103
Tel:  (215) 735-8600
Fax:  (215) 940-8000
lbrennan@consumerlawfirm.com