USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/30/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON SANDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAKESPACE LABS, INC, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>) | C.A. NO. 1:2018-CV-10016 |

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Jeffrey B. Sand, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the state of Georgia; and that his contact information is as follows:

| | |
|---|---|
| **Applicant's Name:** | Jeffrey B. Sand |
| **Firm Name:** | Weiner & Sand LLC |
| **Address:** | 3525 Piedmont Road, 7 Piedmont Center, 3rd Floor, |
| **City / State / Zip:** | Atlanta, Georgia 30305 |
| **Telephone / Fax:** | (404) 205-5029 / (866) 800-1482 |

Applicant having requested admission Pro Hac Vice to appear for all purpose for Plaintiff Brandon Sanders in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hace Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline for attorneys.

Dated: November 30, 2018

United States District Judge