USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
BRANDON SANDERS,

       Plaintiff,

  -against-

MAKESPACE LABS, INC.,

       Defendant.
--------------------------------------------------------------- x

18-CV-10016 (ALC)

**ORDER SETTING CONFERENCE**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Defendant's letter, filed on December 20, 2018, requesting a Pre-Motion Conference to file a Motion to Dismiss. ECF No. 17. The Court is also in receipt of Plaintiff's response to Defendant's letter filed on December 26, 2018. ECF No. 18. The parties are hereby **ORDERED** to appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on January 31, 2019 at 11:00 a.m.

**SO ORDERED.**

**Dated:**  **December 27, 2018**
     **New York, New York**

              _____
              ANDREW L. CARTER, JR.
              United States District Judge