USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/31/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BRANDON SANDERS,

                 **Plaintiff,**

    -against-

MAKESPACE LABS, INC.,

                 **Defendant.**

---------------------------------------------------------------- x

18-CV-10016 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Pursuant to the Pre-Motion Conference held by the Court on January 31, 2019, the Parties are hereby **ORDERED** to submit a Joint Status Report on or before February 21, 2019.

**SO ORDERED.**

Dated:      **January 31, 2019**
              **New York, New York**

                                     _/s/ Andrew L. Carter_
                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**