UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

BRANDON SANDERS,

                 Plaintiff,

-against-

MAKESPACE LABS, INC.,

                 Defendant.
-------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

**1:18-CV-10016-ALC**

PLEASE TAKE NOTICE that, on behalf of defendant MAKESPACE LABS, INC., ("MAKESPACE"), the undersigned attorney will appear as counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned and all electronic notifications will be sent to dfriedman@lcbf.com.

Dated: New York, New York
        February 4, 2019

                                     Respectfully submitted,

                                     LANDMAN CORSI BALLAINE & FORD P.C.

                         By: _____
                                   Daniel Friedman, Esq.
                                   Attorneys for Defendant - MAKESPACE
                                   120 Broadway 27th Floor
                                   New York, New York 10271
                                   (212) 238-4800

*Via ECF*       Adam G. Singer, Esq.