USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
BRANDON SANDERS,

                        Plaintiff,

    -against-                               18-CV-10016 (ALC)

MAKESPACE LABS, INC.,                        **ORDER**

                        Defendant.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Joint Status Report dated February 21, 2019. ECF No. 22.

Defendant is hereby **ORDERED** to file an Answer on or before March 14, 2019.

**SO ORDERED.**

Dated:      February 27, 2019
              New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**