UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

BRANDON SANDERS,

Plaintiff,

-against-

MAKESPACE LABS, INC,

Defendant.

-------------------------------------------------------------x

1:18-cv-10016 (ALC)

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Debra C. Freeman for the following purpose[s]:

| | | | |
|---|---|---|---|
| __X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement): | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement: | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

Dated:      February 27, 2019
            New York, New York

HON. ANDREW L. CARTER, JR.
United States District Judge

1