UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| BRANDON SANDERS,<br><br>                     Plaintiff,<br><br>-against-<br><br>MAKESPACE LABS, INC.,<br><br>                     Defendant. | 18cv10016 (ALC) (DF)<br><br>**SCHEDULING ORDER** |
| BRANDON SANDERS,<br><br>                     Plaintiff,<br><br>-against-<br><br>CHECKR, INC.,<br><br>                     Defendant. | 18cv10741 (ALC) (DF) |

**DEBRA FREEMAN, United States Magistrate Judge:**

This above-captioned related cases having been referred to me for general pretrial supervision, it is hereby ORDERED as follows:

1. The Court will hold an initial pre-trial conference in both cases on March 26, 2019, at 11:00 a.m., in the United States Courthouse, 500 Pearl Street, New York, NY 10007, in Courtroom 17A.

2. The parties are directed to submit, no later than March 19, 2019, a jointly proposed discovery plan, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. This submission should address all of the matters set out in Rule 26(f)(3), and should specifically include proposed deadlines for:

    a.    service of initial disclosures under Rule 26(a)(1);

    b.    service of initial document requests and interrogatories;

  c.  any motion for joinder of other parties or amendment of the pleadings;

  d.  completion of fact discovery; and

  e.  expert disclosures and the completion of expert discovery, if any.

3. Counsel should fax a copy of their proposed discovery plan to the Chambers of the undersigned, at (212) 805-4658.

Dated: New York, New York
   March 14, 2019

           SO ORDERED

           _____
           DEBRA FREEMAN
           United States Magistrate Judge

Copies to:

All counsel (via ECF)