UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

BRANDON SANDERS,

                      Plaintiff,

-against-

MAKESPACE LABS, INC.,

                      Defendant.

------------------------------------------------------------- X

**RULE 7.1 STATEMENT**

1:18-CV-10016 (ALC)(DCF)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant MAKESPACE LABS, INC., a private non-governmental party, has no corporate parents, affiliates or publicly traded entities to disclose. MakeSpace Labs, Inc., has one wholly-owned subsidiary, MSTW, Inc., that is not operational, and has, as of March 18, 2019, a partially owned subsidiary, MakeSpace, LLC, that is jointly owned by the company and Iron Mountain Consumer, LLC.

Dated: New York, New York
         March 19, 2019

                                  Yours,

                                  LANDMAN CORSI BALLAINE & FORD P.C.

                                  By: _____
                                      Rebecca W. Embry
                                      Daniel Friedman
                                      Attorneys for Defendant
                                      120 Broadway, 13th Floor
                                      New York, New York 10271-0079