# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| HUMA ALI<br>ASSOCIATE<br><br>TEL: (212) 238-4800<br>EMAIL: hali@lcbf.com | 120 BROADWAY<br>13TH FLOOR<br>NEW YORK, NEW YORK 10271<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Gateway Center<br>4th Floor<br>Newark, NJ 07102<br>Tel: (973) 623-2700<br><br>One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

June 29, 2020

*Via ECF*

Honorable Debra Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> The stay of all proceedings in this action is continued to 8/31/20, to allow the parties an opportunity to finalize their proposed class-action settlement and submit it to the Court for review.
>
> Dated: 7/22/2020    SO ORDERED
>
> DEBRA FREEMAN
> United States Magistrate Judge

Re:   Sanders v. MakeSpace Labs, Inc.
      Case No. 1:18-cv-10016-ALC-DCF

Dear Judge Freeman:

   We represent Defendant MakeSpace Labs, Inc. ("MakeSpace") in the above referenced matter. By this letter, the parties jointly report on the status of their individual and class-wide settlement.

   The parties have reached an agreement regarding individual settlement as to the NYSHRL claim and class-wide settlement as to the FCRA claim, and accordingly shall file a settlement agreement with the Court.

   This Court approved the Parties' March 30, 2020 joint request for a stay on March 30, 2020. Dkt. No. 62. Since that Order, the Parties have diligently engaged in settlement discussions. The parties are currently working to draft written settlement agreements and associated documents, including notices to class members, and shall retain a reputable settlement administrator.

   Should the Court have any questions, we stand ready to respond.

4828-5407-7633v.1

**LANDMAN CORSI BALLAINE & FORD P.C.**

Honorable Debra Freeman
June 29, 2020
Page 2

                                              Best regards,

                                              */s Huma Ali*

                                              Huma Ali

4828-5407-7633v.1