# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON SANDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAKESPACE LABS, INC, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | C.A. NO. 1:2018-CV-10016<br><br>MOTION FOR AN ORDER DIRECTING NOTICE TO THE CLASS |

Pursuant to Fed. R. Civ. P. 23(e), and for the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiff Brandon Sanders moves the Court for an Order Directing Notice to the Class pursuant to the Settlement Agreement that has been reached between Plaintiff and Defendant MakeSpace Labs, Inc. For the reasons set forth in this memorandum and the supporting documents, the settlement is fair, reasonable and adequate and serves the best interests of the Settlement Class Members. Accordingly, Plaintiff respectfully requests that the Court (1) find that it will likely be able to approve the proposed settlement under Fed. R. Civ. P. 23(e)(2) as amended, and certify the proposed Settlement Class for purposes of judgment on the Settlement; (2) approve the form, content, and method of delivering notice to the Class as set out in the Settlement Agreement; and (3) schedule a final approval hearing. Defendant does not contest the requested relief.

Respectfully submitted,

Dated: August 4, 2020

BY: /s/ Jeffrey B. Sand
**Weiner & Sand LLC**
Jeffrey B. Sand*
800 Battery Ave, Suite 100
Atlanta, GA 30339
T: (404) 205-5029
F: (866) 800-1482
E: js@atlantaemployeelawyer.com

**Francis Mailman Soumilas, P.C.**
James A. Francis*
Lauren KW Brennan*
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215.735.8600
F: 215.940.8000
E: jfrancis@consumerlawfirm.com
E: lbrennan@consumerlawfirm.com

**Law Office of Adam G. Singer, PLLC**
60 E 42nd Street, Suite 4600
New York, NY 10165
T: 212.842.2428
F: 212.658.9682
E: asinger@adamsingerlaw.com

*admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated: August 4, 2020      By:    */s/ Jeffrey B. Sand*
                                                                 Jeffrey B. Sand (*pro hac vice*)