USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/7/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   **BRANDON SANDERS,**
                          **Plaintiff,**

          -against-                       **1:18-cv-10016 (ALC)**

   **MAKESPACE LABS, INC,**            **ORDER**

                        **Defendant.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the motion for an order directing notice to the class pursuant to the settlement agreement between the Parties. ECF Nos. 65-66. The Parties are hereby **ORDERED** to appear for a telephone conference on **Wednesday, August 12, 2020** at **11:00 a.m.** The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**       **August 7, 2020**
               **New York, New York**

                                             _____
                                             **HON. ANDREW L. CARTER, JR.**
                                             **United States District Judge**