USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**BRANDON SANDERS,**  :
                                **Plaintiff,**  :
                                **-against-**  :    **18-CV-10016 (ALC)**
                                  :    **<u>ORDER</u>**
**MAKESPACE LABS, INC.,**  :
                                **Defendant.**  :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby **ORDERED** to submit a Joint Status Report on or before October 26, 2020.

**SO ORDERED.**

**Dated:**      **October 5, 2020**
                **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**