# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON SANDERS,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>MAKESPACE LABS, INC,   )<br>   )<br>   Defendant.   )<br>   )<br>   )<br>   )<br>   ) | C.A. NO. 1:2018-CV-10016 |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), and for the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiff Brandon Sanders moves this Court for an Order approving the settlement of this class action. Defendant does not contest the requested relief.

Dated: March 19, 2021

BY: /s/ Jeffrey B. Sand
**Weiner & Sand LLC**
Jeffrey B. Sand*
800 Battery Ave, Suite 100
Atlanta, GA 30339
T: (404) 205-5029
F: (866) 800-1482
E: js@atlantaemployeelawyer.com

**Francis Mailman Soumilas, P.C.**
James A. Francis*
Lauren KW Brennan*
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215.735.8600
F: 215.940.8000
E: jfrancis@consumerlawfirm.com
E: lbrennan@consumerlawfirm.com

**Law Office of Adam G. Singer, PLLC**
60 E 42nd Street, Suite 4600
New York, NY 10165
T: 212.842.2428
F: 212.658.9682
E: asinger@adamsingerlaw.com

*admitted pro hac vice*

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BRANDON SANDERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 1:2018-CV-10016 |
| | ) |
| **MAKESPACE LABS, INC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I certify that I have filed the foregoing Plaintiff's Motion fo Final Approval of Class Action Settlement electronically using the Court's CM/ECF System, which will automatically send notice of such filing to all counsel of record.

/s/ *Jeffrey B. Sand*
Jeffrey B. Sand

1