```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 03/25/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**BRANDON SANDERS,**

                **Plaintiff,**

         **-against-**

**MAKESPACE LABS, INC.,**

                **Defendant.**

------------------------------------------------------------------ x

**18-CV-10016 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The final approval hearing scheduled to take place on March 29, 2021 at 10:00 a.m. will take place via telephone. The parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **March 25, 2021**
            **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**