USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __03/29/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRANDON SANDERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) C.A. No. 1:2018-CV-10016 |
| **MAKESPACE LABS, INC,** | ) |
| **Defendant.** | ) |

## ORDER

**AND NOW,** this __29__ day of __March__, 2021, upon consideration of Plaintiff's unopposed Motion for Attorneys' Fees and Reimbursement of Expenses, and upon the Court's finding that the Motion seeks attorneys' fees based upon reasonable hours expended and reasonable hourly rates, and that the requests expenses were reasonably incurred, it is **HEREBY ORDERED** that Class Counsel is awarded fees and expenses in the total amount of $225,000.00. Defendant shall pay such sums in accordance with the terms of the Settlement Agreement.

BY THE COURT:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE