**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRANDON SANDERS,

                           Plaintiff,                    18 **CIVIL** 10016

        -against-                      **RULE 54(b) JUDGMENT**

MAKESPACE LABS, INC,

                         Defendant.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2021, this action is a class action against Defendant on behalf of the class of consumers defined as follows: The Settlement Agreement submitted by the parties is finally approved pursuant to Rule 23(e) of the Federal Rules of Civil Procedure as fair, reasonable and adequate and in the best interests of the class and the parties are directed to consummate the Settlement Agreement in accordance with its terms. This action is hereby dismissed on the merits, with prejudice. As agreed by the parties, upon the Effective Date, Defendant and the Released Parties shall be released from the Claims in accordance with the terms of the Settlement Agreement. Without affecting the finality of this judgment, the Court hereby reserves and retains jurisdiction over this settlement, including the administration and consummation of the settlement. In addition, without affecting the finality of this judgment, the Court retains exclusive jurisdiction over Defendant and each member of the class for any suit, action, proceeding or dispute arising out of or relating to the Order, the Settlement Agreement or the applicability of the Settlement Agreement. Without limiting the generality of the foregoing, any dispute concerning the Settlement Agreement, including, but not limited to, any suit, action, arbitration or other proceeding by a class member in which the provisions of the Settlement

Agreement are asserted as a defense in whole or in part to any claim or cause of action or otherwise raised as an objection, shall constitute a suit, action or proceeding arising out of or relating to the Order. Solely for purposes of such suit, action or proceeding, to the fullest extent possible under applicable law, the parties hereto and all class members are hereby deemed to have irrevocably waived and agreed not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of this Court, or that this Court is, in any way, an improper venue or an inconvenient forum. The Court finds, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay, and final judgment is hereby entered.

**Dated:** New York, New York
March 29, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:** *K. Mango*
_____
**Deputy Clerk**